# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **RECKO ELLIS,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. |
| | : 7:07-CV-03 (HL) |
| **OFFICER SHAPRELL, et al.,** | : |
| **Defendants.** | : |

## ORDER

Before the Court is a Report and Recommendation (Doc. 34) from United States Magistrate Judge Richard L. Hodge that recommends denying Plaintiff's Motion for Order to Show Cause (Doc. 6), Plaintiff's Motion to Restraining Order (Doc. 7), and Plaintiff's Motion to File Harassment Court Order (Doc. 8). Plaintiff subsequently filed an Objection (Doc. 35) to the Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's objection and has made a *de novo* determination of the portion of the recommendation to which Plaintiff objects. While Plaintiff does provide the Court with additional allegations in his Objection, Plaintiff has nevertheless failed to meet the requirement of injunctive relief as explained by Judge Hodge in the Recommendation. Accordingly, Judge Hodge's Recommendation is accepted and Plaintiff's Motion for Order to Show Cause (Doc. 6), Plaintiff's Motion to Restraining Order (Doc. 7), and

Plaintiff's Motion to File Harassment Court Order (Doc. 8) are denied.

**SO ORDERED**, this the 20th day of August, 2007.

*s/   Hugh Lawson*

**HUGH LAWSON, Judge**

scs