IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RECKO ELLIS, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION FILE |
| VS. : | NO. 7:07-CV-3 (HL) |
| : | |
| OFFICER SHAPRELL, OFFICER BERRY, : | |
| CAPT. PEETE, LT. ELKINS, LT. CREWS : | |
| SGT. SWAIN, and ROBERT RENFRROE, : | |
| : | |
| Defendants. : | |

**RECOMMENDATION**

On August 15, 2007, defendants Shaprell, Berry, and Renfroe filed a motion to dismiss plaintiff's complaint as to them urging as grounds therefore the fact that they had earlier entered into a settlement agreement with plaintiff (R. at 36). Attached to the motion was a copy of the agreement purporting to bear the signature of the movants and the plaintiff. On September 7, 2007, the undersigned ordered plaintiff to show cause why defendants' motion should not be granted (R. at 39). On September 24, 2007, plaintiff filed his response to the show cause order in which he acquiesced and agreed that those defendants should be dismissed (R. at 40).

Accordingly it is the **RECOMMENDATION** of the undersigned that defendants' motion be **GRANTED** and that defendants Shaprell, Berry and Renfroe be **DISMISSED** as parties to this action. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, Chief United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED,** this 24th day of September 2007.

                                                                          */s/ Richard L. Hodge*
                                                                          RICHARD L. HODGE
                                                                          UNITED STATES MAGISTRATE JUDGE