IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RECKO ELLIS, | : |
| Plaintiff | : |
| v. | : CASE NO. 7:07-CV-3 (HL) |
| Officer SHAPRELL, et al, | : |
| Defendants | : |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 42) filed September 24, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 23rd day of October, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**